IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LIZANDRO LOPEZ-MARTINEZ,    )<br>)<br>   Plaintiff,    )<br>)<br>v.    )<br>)<br>THE UNITED STATES,    )<br>)<br>   Defendant.    ) | No. 23-415C<br>(Senior Judge Horn) |

<u>DEFENDANT'S STATUS REPORT</u>

    Pursuant to the Court's July 14, 2023 order, defendant respectfully files this status report on the progress of Court's remand to the Army Board for the Correction of Military Records (ABCMR) in this case.

    The ABCMR remand proceedings are ongoing. The ABCMR has opened the remand case and assigned it to its staff. Plaintiff has not yet submitted the brief to the ABCMR that was authorized by the Court's remand order (it is due today). Once plaintiff has submitted his brief, the ABCMR intends to act expeditiously to review plaintiff's arguments and request any appropriate advisory opinion(s). The ABCMR is on track to issue a decision by the Court's December 11, 2023 deadline.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Assistant Director

OF COUNSEL:

Alane E. Ballweg
Major, Judge Advocate
Litigation Attorney
U.S. Army Legal Services Agency
9275 Gunston Road
Fort Belvoir, VA  22060-5546

s/ William P. Rayel
WILLIAM P. RAYEL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-0302
Fax: (202) 307-0972
E-mail: William.Rayel@usdoj.gov

Dated: August 14, 2023

Attorneys for Defendant